IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MARNIE MASUDA-CLEVELAND, | ) | CV 16-00057 LEK-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 26, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Request for Additional Attorneys' Fees", ECF No. 170 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, November 10, 2021.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge